UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(Green Bay Division)

STEVEN A. AVERY,

        Plaintiff,

v.

MANITOWOC COUNTY,
THOMAS H. KOCOUREK, individually
and in his official capacity as
Sheriff of Manitowoc County,
    and
DENIS R. VOGEL, individually
with respect only to his executive, administrative
and advice and counsel functions
and in his official capacity as
District Attorney of Manitowoc County,

        Defendants.

CERTIFICATE OF INTEREST

04-C-0986

Civil Action No. _____

Jury Trial Demanded

On behalf of plaintiff Steven A. Avery, Glynn, Fitzgerald and Albee, S.C. by Stephen M. Glynn and Walter F. Kelly, S.C. by Walter F. Kelly furnish the following information in compliance with General Local Rule 83.9 of the Local Rules of Court for the United States District Court for the Eastern District of Wisconsin.

1.    Steven A. Avery

2.    N.A.

3.    Glynn, Fitzgerald and Albee, S.C.
      526 East Wisconsin Avenue
      Milwaukee, WI 53202
      414 231-9600

      Walter F. Kelly, S.C.
      158 North Broadway, Suite 600

Milwaukee, WI 53202
414 271-6989

Dated at Milwaukee, Wisconsin, this 12th day of October, 2004.

| GLYNN, FITZGERALD and ALBEE, S.C.<br>526 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>PHONE: (414) 221-9600 | WALTER F. KELLY, S.C.<br>158 North Broadway, Suite 600<br>Milwaukee, WI 53202<br>PHONE: (414) 271-6989 |
|---|---|
| By: *[signature]*<br>Stephen M. Glynn<br>State Bar No. 1013103 | By: *[signature]*<br>Walter F. Kelly<br>State Bar No. 1012283 |

Attorneys for Plaintiff

2