WCG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Steven A. Avery,
    Plaintiff(s),

'04 OCT 12 A10:26

v.

Manitowoc County,
Thomas H. Kocourek, and
Denis R. Vogel,
    Defendant(s).

Case No. 04-C-0986

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. §636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record (or pro se litigant) consents to have _____ conduct all proceedings in this case, including a bench or jury trial, and order the entry of final judgment.

Signed and dated this _____ day of _____, _____.

_____        _____
Attorney for plaintiff (plaintiff pro se)        Attorney for defendant (defendant pro se)

---

**MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THE PARTIES CONSENT TO THE EXERCISE OF JURISDICTION BY THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CASE WILL BE RESOLVED SOONER FOR THE PARTIES.**

---

## REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event you are unwilling to consent, sign below.

Signed and dated this 12th day of October, 2004

_Walter F. Kelly_
Attorney for plaintiff (plaintiff pro se)        Attorney for defendant (defendant pro se)

PLEASE SEE THE ORDER ON THE REVERSE SIDE FOR FURTHER INFORMATION. THIS FORM SHALL BE RETURNED TO THE CLERK OF COURT WITHIN TWENTY (20) DAYS FROM ITS RECEIPT AT 517 E. WISCONSIN AVE., RM 362, MILWAUKEE, WI 53202.