UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVEN A. AVERY,

    Plaintiff,

vs.                                                       Case No.: 04-C-00986

MANITOWOC COUNTY,
THOMAS H. KOCOUREK,
and DENIS R. VOGEL,

    Defendants.

---

### DEFENDANTS, MANITOWOC COUNTY AND THOMAS H. KOCOUREK'S CERTIFICATE OF INTEREST

---

The undersigned counsel for defendants, Manitowoc County and Thomas H. Kocourek furnish the following in compliance with Rule 83.9 of the Local Rules for this Federal District Court:

**Section 83.9(1)**:

    1.    Manitowoc County

    2.    Thomas H. Kocourek

**Section 83.9(3):**

    1. The undersigned Crivello, Carlson & Mentkowski, S.C. has been retained to represent the above-named defendants in the remainder of this action.

Dated this 10th day of December, 2004.

        CRIVELLO, CARLSON & MENTKOWSKI, S.C.
        Attorneys for Defendants Manitowoc County and Thomas
        H. Kocourek


BY:  s/Attorney Amy J. Doyle
      RAYMOND J. POLLEN
      State Bar No.: 1000036
      AMY J. DOYLE
      State Bar No.: 1001333
      Attorneys for Defendants Manitowoc
      County and Thomas H. Kocourek
      Crivello, Carlson & Mentkowski, S.C.
      710 North Plankinton Avenue
      Milwaukee, Wisconsin 53203
      Telephone: 414-271-7722
      Fax: 414-271-4438
      E-mail: rpollen@milwlaw.com
      E-mail: adoyle@milwlaw.com