UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STEVEN A. AVERY,
    Plaintiff,
vs.                                                                                     Case No.: 04-C-00986
MANITOWOC COUNTY, et al
    Defendants.

## CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, the undersigned counsel of record (or pro se litigant) consents to have Magistrate Judge Patricia J. Gorence conduct all proceedings in this case, including a bench or jury trial, and order the entry of final judgment.

Signed and dated this ____ day of _____, 2000.

_____                     _____
Attorney for plaintiff (plaintiff pro se)          Attorney for defendant (defendant pro se)

**MAGISTRATE JUDGES DO NOT CONDUCT TRIALS IN FELONY CASES. ACCORDINGLY, IF THE PARTIES CONSENT TO THE EXERCISE OF JURISDICTION BY THE MAGISTRATE JUDGE, MAJOR CRIMINAL CASES WILL NOT INTERFERE WITH ITS SCHEDULING AND PROCESSING. IN ALL LIKELIHOOD, THEREFORE, A CONSENT WILL MEAN THAT THIS CASE WILL BE RESOLVED SOONER FOR THE PARTIES.**

## REFUSAL TO CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE

In the event you are unwilling to consent, sign below.

Signed and dated this 10th day of December, 2004.

_____                     s/Attorney Amy J. Doyle
Attorney for plaintiff (plaintiff pro se)          Attorney for defendants Manitowoc County
                                                   And Thomas H. Kocourek

**THIS FORM SHALL BE RETURNED TO THE CLERK OF COURT WITHIN TWENTY (20) DAYS FROM ITS RECEIPT**