UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVEN A. AVERY,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 04-C-0986

MANITOWOC COUNTY,
THOMAS H. KOCOUREK, individually
and in his official capacity as
Sheriff of Manitowoc County,

and

DENIS R. VOGEL, individually
with respect only to his executive, administrative
and advice and counsel functions
and in his official capacity as
District Attorney of Manitowoc County,

        Defendants.

---

## PROTECTIVE ORDER

---

IT IS HEREBY ORDERED, based upon the parties' stipulation, that Manitowoc County shall produce information concerning employees of the Sheriff's Department and District Attorney's Office as described in the stipulation, pursuant to the confidentiality provisions set forth in the stipulation.

Dated this 16th day of June, 2005.

                                           BY THE COURT:

                                           s/ William C. Griesbach
                                           William C. Griesbach, District Court Judge