LA

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED June 1, 2010

2010 JUN -4 A 9 30

JON W. SANFILIPPO, CLERK
MAIL-REC'D

Clerk's Office
U.S. District Court
Eastern Dist. of Wisconsin
Milwaukee, WI 53202

Dear Clerk of Court:

RE: Avery v. Manitowoc County, THOMAS H. KOCOUREK, and Dennis R. Vogel,
Case No. 04-C-986

Please be informed that I would like to purchase the entire file for the above named 42 U.S.C. § 1983 Case. Please advise me to how much it will cost to purchase the Complaint, Summons, Civil Cover Sheet Form JS-44, and all other particulars.

Thank you.

Send information to: Jean Fitzgerald Rowell
255649
Stanley Corr. Inst
100 Corrections Dr.
Stanley, WI 54768