# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

June 7, 2010

Sean Fitzgerald Rowell
#255649
Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768

RE: Avery v. Manitowoc County et al.
      Case No.: 04-C-986

Dear Mr. Rowell:

We are in receipt of your request for a copy of the entire above captioned file. Please send us a check in the amount of $37.10. Once we receive payment you will receive a copy of the file. The check can be made payable to Clerk, U.S. District Court.

Sincerely,

Jon W. Sanfilippo
Clerk of Court

By: s/Deputy Clerk